UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CELINAS AGUILAR, :

    Plaintiff, :

v. : Civil Action No. AMD-98-3312

WILLIAM J. HENDERSON, :
Postmaster General,

     :

    Defendant.

...oOo...

## ORDER

IT IS, THIS __14th__ day of __Oct.__, 1999, HEREBY ORDERED, that the time for filing dispositive motions in the above-captioned case, be enlarged to November 28, 1999.

                                    Andre M. Davis
                                    United States District Judge

FILED ____ ENTERED
LODGED ____ RECEIVED

OCT 14 1999

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY