IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
LODGED
NOV 0 8 1999

| | | |
|---|---|---|
| CELINES AGUILAR | : | |
| Plaintiff | : | |
| v. | : | CIVIL No. AMD-98-3312 |
| WILLIAM J. HENDERSON<br>Postmaster General<br>United States Postal Service | : | |
| Defendant | : | |

FILED    ENTERED
LODGED   RECEIVED

NOV 0 8 1999

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

## MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF

James J. Nolan, Jr., seeks the Court's permission to withdraw from this matter and to substitute as counsel for the plaintiff, pursuant to Local Rule 101, W. Michel Pierson, Esquire.

W. Michel Pierson
Pierson, Pierson & Nolan
Suite 2020
217 E. Redwood Street
Baltimore, MD 21202

James J. Nolan, Jr.
Pierson, Pierson & Nolan
Suite 2020
217 E. Redwood Street
Baltimore, MD 21202

**SO ORDERED**, this 8th day of Nov., 1999.

_____
U. S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 1999, I mailed, first-class, postage prepaid, the foregoing pleading to counsel for defendant, A. David Copperthite, Esq., Assistant United States Attorney, Room 6625, U.S. Court House, 101 W. Lombard Street, Baltimore, Maryland 21201-2692.

_____ FILED _____
_____ LODGED _____

NOV 0 8 1999

CLERK
District of...
BY

James J. Nolan, Jr.