UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CELINAS AGUILAR,                :

    Plaintiff,                :

v.                              :   Civil Action No. AMD-98-3312

WILLIAM J. HENDERSON,           :
Postmaster General,

    Defendant.              :

...oOo...

## MOTION FOR ENLARGEMENT OF TIME

The Defendant, by undersigned counsel, moves to enlarge the time in which to file the dispositive motion in the above-captioned civil action. The reasons for this motion are set forth below.

1. The parties have entered into negotiations to resolve this case and need additional time to complete the negotiations

2. Plaintiff's counsel agrees with this motion for enlargement of time.

WHEREFORE, the Defendant respectfully requests this Court enlarge the time in which to file a dispositive motion to be December 10, 1999.

Respectfully submitted,

LYNNE A. BATTAGLIA
United States Attorney

A. David Copperthite
Assistant United States Attorney
Bar No: 03619
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
410.209.4805

GRANTED,
[signature]
11/29/99



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 24thth day of November, 1999, a copy of the foregoing Motion to enlarge time, was mailed first-class, postage pre-paid, to W. Michel Pierson, Esquire, Pierson, Pierson & Nolan, Suite 2020, 217 E. Redwood Street, Baltimore, Maryland 21202.

A. David Copperthite
Assistant United States Attorney