UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CELINAS AGUILAR, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. AMD-98-3312 |
| WILLIAM J. HENDERSON,<br>Postmaster General, | : | |
| | : | |
| Defendant. | | |

...oOo...

## MOTION FOR ENLARGEMENT OF TIME

The Defendant, by undersigned counsel, moves to enlarge the time in which to file the dispositive motion in the above-captioned civil action. The reasons for this motion are set forth below.

1. The parties have entered into negotiations to resolve this case and need additional time to complete the negotiations

2. Plaintiff's counsel agrees with this motion for enlargement of time.

WHEREFORE, the Defendant respectfully requests this Court enlarge the time in which to file a dispositive motion to be December 23, 1999.

Respectfully submitted,

LYNNE A. BATTAGLIA
United States Attorney

A. David Copperthite
Assistant United States Attorney
Bar No: 03619
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
410.209.4805

APPROVED

[signature]
12/13/99

