# PIERSON & PIERSON

ATTORNEYS AT LAW
SUITE 2020, REDWOOD TOWER
217 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202

W. MICHEL PIERSON  
ROBERT L. PIERSON

(410) 727-7733  
TELECOPIER (410) 625-0253

LEON H.A. PIERSON (1901-1981)  
EDWARD PIERSON (1906-1990)

January 12, 2000

RECEIVED IN THE OFFICE OF
ANDRE M. DAVIS

JAN 1 4 2000

UNITED STATES DISTRICT JUDGE

Hon. Andre M. Davis  
United States District Judge  
United States District Court  
 for the District of Maryland  
101 W. Lombard Street  
Baltimore, Maryland 21201

Re: <u>Aguilar v. Henderson</u>  
    Civil No. AMD-98-3312

Dear Judge Davis:

Plaintiff's opposition to defendant's motion to dismiss or for summary judgment is due on Tuesday, January 18, 2000. It would be very difficult for me to complete the opposition by this deadline, due to other oppositions that I must draft and complete in the same time frame, and due to my relatively recent inheritance of this action from Mr. Nolan. For these reasons, I respectfully request an extension of two weeks to and including February 1 for the filing of the opposition. Mr. Copperthite has authorized me to state that the defendant has no opposition to this request.

APPROVED  
[signature]  
1/14/2000

Very truly yours,

[signature]

W. Michel Pierson

WMP:tem  
cc: A. David Copperthite, Esq.