

# PIERSON & PIERSON
ATTORNEYS AT LAW
SUITE 2020, REDWOOD TOWER
217 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202

W. MICHEL PIERSON
ROBERT L. PIERSON

(410) 727-7733
TELECOPIER (410) 625-0253

LEON H.A. PIERSON (1901-1981)
EDWARD PIERSON (1906-1990)

January 28, 2000

Hon. Andre M. Davis
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re: <u>Aguilar v. Henderson</u>
        Civil No. AMD-98-3312

Dear Judge Davis:

    Plaintiff's opposition to defendant's motion to dismiss or for summary judgment is currently due on Tuesday, February 1, 2000; this deadline is the result of a two week extension previously approved by the court. Due to delays that have occurred since the extension was granted, which have impeded the completion of the opposition, I respectfully request an additional extension to and including February 9 for the filing of the opposition. Mr. Copperthite has authorized me to state that the defendant has no opposition to this request.

Very truly yours,

W. Michel Pierson

APPROVED
[signature]
1/31/2000

WMP:tem
cc: A. David Copperthite, Esq.