IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CELINES AGUILAR, :
    Plaintiff :
:
v. : Civil No. AMD 98-3312
:
WILLIAM J. HENDERSON, :
POSTMASTER GENERAL, :
    Defendant :

...o0o...

ORDER

For the reasons set forth on the record on May 6, 1999, and in the foregoing Memorandum, it is this 5th day of April, 2000, by the United States District Court for the District of Maryland ORDERED

(1)    That the motion for summary judgment is GRANTED and JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT; and it is further ORDERED

(2)    That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to counsel.

                                                  ANDRE M. DAVIS
                                                United States District Judge